People v Lyasere (2026 NY Slip Op 00023)

People v Lyasere

2026 NY Slip Op 00023

Decided on January 06, 2026

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: January 06, 2026

Before: Webber, J.P. SEQ CHAPTER \h \r 1, Friedman, Mendez, Shulman, Hagler, JJ. 

Ind. No. 1509/19|Appeal No. 5489|Case No. 2020-01785|

[*1]The People of the State of New York, Respondent,
vIsaiah Lyasere, Appellant.

Twyla Carter, The Legal Aid Society, New York (Laura Boyd of counsel), for appellant.

Judgment, Supreme Court, Bronx County (Steven Hornstein, J.), rendered February 4, 2020, convicting defendant, upon his plea of guilty, of robbery in the third degree, and sentencing him, as a second felony offender, to a term of 2 to 4 years, unanimously modified, on the law, to the extent of vacating the provision of the order of protection that directed that it remain in effect until February 3, 2032, and remanding the matter for a new determination of the duration of the order, and otherwise affirmed.
The expiration date of the order of protection was calculated without considering the jail time credit to which defendant is entitled (see e.g. People v Gonzalez, 236 AD3d 529, 529 [1st Dept 2025]; People v Bellamy, 226 AD3d 623 [1st Dept 2024], lv denied 42 NY3d 969 [2024]), and as such, the expiration date of the order exceeds the maximum statutory duration (CPL 530.13 [4] [A]). Accordingly, we remand the matter for a new determination of the duration of the order, with consideration to be given to any jail time credit to which defendant is entitled. Pending a new determination, the order of protection shall remain in effect. We note that the People consent to this relief.
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: January 6, 2026